Submitted on record and briefs January 16, affirmed February 12, reconsideration denied April 15, petition for review denied May 26, 1992 (313 Or 300)

## STATE OF OREGON,
*Respondent,*

*v.*

## VINCENT ALLEN TREMILLION,
*Appellant.*

(C89-11-36645; CA A68242)

826 P2d 95

Sally L. Avera, Public Defender, Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Michael M. Pacheco, Assistant Attorney General, Salem, filed the brief for respondent.

Before Joseph, Chief Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant pled no contest to a charge of failure to perform the duties of a driver to injured persons (felony hit and run). ORS 811.705(1). The sentencing court imposed a sentence of 15 to 18 months imprisonment, the presumptive range for grid block 6 C. Defendant argues that the court erred in not sentencing him to a definite term of imprisonment.

The state concedes that defendant is correct. OAR 253-05-001 requires a term of imprisonment "within the durational range of months stated in the grid block." OAR 253-05-005 requires that the judgment of conviction "shall state the length of incarceration * * *." However, the state contends that the error requires no remedial action. We agree.

The sentence imposed is concurrent with a 58-month term of imprisonment for defendant's conviction for kidnapping in the second degree, ORS 163.225, and cannot affect defendant's actual period of imprisonment. There are no adverse consequences about which he may complain. *See State v. Dorsey*, 44 Or App 721, 607 P2d 204 (1980); *State v. Larsen*, 44 Or App 643, 606 P2d 1159, *rev den* 289 Or 373 (1980); *see also State v. Yost*, 28 Or App 803, 561 P2d 657, *rev den* (1977).

Affirmed.